

# IN THE CIRCUIT COURT OF BALDWIN COUNTY, AL

## RENEWED ORDER

Effective immediately, District Court Judge **MICHELLE THOMASON** is hereby temporarily appointed as Special Circuit Court Judge for the 28th Judicial Circuit of Baldwin County, Alabama, pursuant to Act 2018-567 (Code of Alabama 12-9A-8), to include but not limited to taking felony pleas, undertaking matters in cases with pending charges that have been bound over and awaiting action by Grand Jury, conducting civil and criminal jury and non-jury trials, sentencings and revocations, to include Domestic Relations cases and Protection from Abuse cases pursuant to Rule 13 of the Alabama Rules of Judicial Administration and Code of Alabama 12-1-14.1 and 12-17-70. This appointment shall remain in effect until further orders of the Court.

Done this 13th day of July, 2018.

Hon. Scott P. Taylor, Presiding Judge
Baldwin County, Alabama

CIRCUIT COURT
BALDWIN COUNTY, AL
FILED
JUL 18 2018
JODY W. CAMPBELL
CIRCUIT CLERK