**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHEY GARRIGAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-482-ECM-KFP |
| ) | |
| JOHN MERRILL, et al., ) | |
| ) | |
| *Defendants*. ) | |

## JUDICIAL DEFENDANTS' MOTION TO DISMISS

Hon. Michelle M. Thomason and Hon. J. Clark Stankowski ("Judicial Defendants") hereby move to dismiss all claims asserted against them in Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the following grounds:

1. Plaintiff's claims against the Judicial Defendants are barred by Eleventh Amendment immunity, and the Court accordingly lacks subject matter jurisdiction over this suit. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89 (1984).

2. The Court must abstain from exercising jurisdiction over this case as it would interfere with Plaintiff's ongoing state court domestic proceeding over which Judge Thomason presides. *See Younger v. Harris*, 401 U.S. 37 (1971).

3. Plaintiff's claims are barred by the two-year statute of limitations for claims brought in Alabama under 42 U.S.C. § 1983.

4. Plaintiff fails to state a claim upon which relief can be granted.

In support of their motion, the Judicial Defendants submit the following exhibits, which are attached to this motion, as well as a brief that will be filed separately:

1. Exhibit 1 – A copy of the Alabama SJIS Case Detail of Plaintiff's state court custody modification suit.

2. Exhibit 2 – Plaintiff's petition to modify custody.

3. Exhibit 3 – Plaintiff's motion for recusal of Judge Thomason in her custody modification proceeding.

4. Exhibit 4 – Judge Thomason's order denying Plaintiff's motion for recusal.

5. Exhibit 5 – Plaintiff's petition for writ of mandamus to the Alabama Court of Civil Appeals of Judge Thomason's order denying motion to recuse.

6. Exhibit 6 – Judge Thomason's answer to Plaintiff's petition for writ of mandamus.

7. Exhibit 7 – Order of the Alabama Court of Civil Appeals denying Plaintiff's petition for writ of mandamus.

8. Exhibit 8 – Certificate of Judgment of Alabama Court of Civil Appeals.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Brad A. Chynoweth
Brad A. Chynoweth (ASB-0030-S63K)
  *Assistant Chief Deputy, Civil Division*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Brad.Chynoweth@AlabamaAG.gov

***Counsel for Hon. Michelle Thomason and Hon. J. Clark Stankowski***

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Brad A. Chynoweth
*Counsel for Hon. Michelle Thomason and Hon. J. Clark Stankowski*
